

**IT IS ORDERED as set forth below:**

**Date: April 22, 2015**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| ROXANNE GINGER MAFFETT, | ) | |
| Debtor(s). | ) | CASE NO. 14-68519-JRS |
| ROXANNE GINGER MAFFETT, | ) | |
| Movant(s)., | ) | |
| vs. | ) | CONTESTED MATTER |
| AMERICAN LOAN SERVICES, LLC., | ) | |
| Respondent(s). | ) | |

**ORDER DENYING DEBTORS' AMENDED MOTION PURSUANT TO 11 U.S.C. § 506(a) AND BANKRUPTCY RULE 3012 TO DETERMINE THE VALUE OF SECURITY AND CREDITOR'S SECURED STATUS OF CLAIM**

The above matter came before the Court on March 12, 2015 on Debtors' Amended Motion Pursuant to 11 U.S.C. § 506(a) and Bankruptcy Rule 3012 to Determine the Value of Security and Creditor's Secured Status of Claim (the "Motion") [Docket No. 48]. At the March 12, 2015 hearing, the Court heard from Debtor's Counsel and Counsel on behalf of the Respondent regarding the property located at 234 Baron Ct., Stockbridge, GA 30281 ("the Property) as stated in the

motion. In addition, the Court heard sworn testimony from the Debtor, the Movant's appraiser and an appraiser on behalf of the Respondent. The matter was taken under advisement at the conclusion of the March 12, 2015 hearing and scheduled for an Oral Ruling on April 2, 2015. For the reasons stated on the record at the conclusion of the hearing and in accordance with the Court's April 2, 2015 Oral Ruling, the Court finds that the property is worth more than the balance of the first mortgage held by JPMorgan Chase Bank, National Association, Claim No. 7, as of the date of the filing of this case. Accordingly, it is hereby

**ORDERED** that Debtors' Motion is DENIED.

**END OF DOCUMENT**

## DISTRIBUTION LIST

**Roxanne Ginger Maffett**
234 Baron Court
Stockbridge, GA 30281

**Michael F. Burrow**
Attorney for the Debtor
Georgia Bar No. 317998
2470 Satellite Blvd.
Suite 100
Duluth, Georgia 30096

**L. Lee Washburn, IV**
O'Kelley & Sorohan, Attys. at Law, LLC
Suite 375
2170 Satellite Blvd.
Duluth, GA 30097

**Adam M. Goodman**
Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303

**American Loan Services, LLC**
Attn: Elliot Feinsten, Principal
1850 South Ocean Dr. #3201
Hallandale Beach, FL 33009

**American Loan Services, LLC**
Attn: Lena Feinstein, Principal
1850 South Ocean Dr. #3201
Hallandale Beach, FL 33009

**American Loan Services, LLC**
Attn: Inna Palter, Registered Agent
1850 South Ocean Dr. #4403
Hallandale, FL 33009

**American Loan Services, LLC**
PO BOX 1917
Hallandale, FL 33008

**American Loan Services, LLC**
c/o O'Kelley & Sorohan, Attorneys At Law, LLC
Attn: Bradley S. Shilling
2170 Satellite Blvd., Suite 375
Duluth, GA 30097

**American Loan Services, LLC**
c/o O'Kelly & Sorohan, Attorneys at Law
Attn: Brien S. Goldberg
2170 Satellite Blvd., Suite 375
Duluth, GA 30097
**FCI Lender Services, Inc.**
P.O. Box 27370
Anaheim Hills, CA 92809-0112

**JPMorgan Chase Bank, National Association**
c/o Barrett Daffin Frappier Levine & Block, LLP
Attn: Abby M. Ulsh
15000 Surveyor Blvd., Suite 100
Addison, TX 75001

**Chase**
PO Box 24696
Columbus, OH 43224

**JPMorgan Chase Bank, National Association**
Attn: Abby M. Ulsh
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203